UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING PROTECTION,  )
ALLIANCE, a non-profit corporation,  )    2:08-cv-00305-GEB-EFB
                                     )
            Plaintiff,               )
                                     )    STATUS (PRETRIAL
       v.                            )    ORDER
                                     )
GLADDING MCBEAN, a corporation,      )
                                     )
            Defendant.               )
_____)

Plaintiff states in its status report filed on April 28, 2008, that Defendant has not been served "in order to facilitate completion of . . . ongoing settlement negotiation," and that "given the possibility of settlement" the status conference should be rescheduled.  This rescheduling request is granted. The status conference scheduled for May 12, 2008, is rescheduled to commence on July 7, 2008, at 9:00 a.m.  A Joint Status Report shall be filed no later than 14 days prior to the July 7, 2008, hearing.

Dated:  May 6, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge