MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

JAMES T. DUFOUR (State Bar No. 113111)
Dufour Law Group
831 F Street
Sacramento, CA 95814
Tel: (916) 553-3111
Fax: (916) 553-3250
E-mail: dufourlawgroup@sbcglobal.net

Attorneys for Defendant
GLADDING MCBEAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GLADDING MCBEAN, a corporation.<br><br>　　　　　Defendant. | Case No. 2:08-cv-00305-GEB-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]**<br><br>Conference: n/a<br>Time: n/a<br>Courtroom: n/a |

1    WHEREAS, on August 29, 2007, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Gladding McBean with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on February 8, 2007, CSPA filed its Complaint against Gladding McBean in this Court, *California Sportfishing Protection Alliance v. Gladding McBean,* Case No. 2:08-cv-00305-GEB-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Gladding McBean, through their authorized representatives and without either adjudication of CSPA's claims or admission by Gladding McBean of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and Gladding McBean is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims.  In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2012 for the sole purpose of resolving any disputes between the parties

///
///
///
///

///

with respect to enforcement of any provision of the Settlement Agreement.

Dated: October 23, 2008            Respectfully submitted,

                                        LOZEAU DRURY LLP


                                        By:     _/s/ *Douglas J. Chermak* _____
                                                    Douglas J. Chermak
                                                    Attorney for Plaintiff California Sportfishing
                                                    Protection Alliance


                                        DUFOUR LAW GROUP


                                        By:     _/s/ *James T. Dufour* (as authorized on 10/23/08)_
                                                    James T. Dufour
                                                    Attorney for Defendant Gladding McBean

**ORDER**

Pursuant to the parties stipulation,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Gladding McBean, as set forth in the Notice and Complaint filed in Case No. 2:08-cv-00305-GEB-EFB, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2012 for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 29, 2008

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```